Wayne Douglas BUTTS, Plaintiff—Appellant,

v.

Roy W. CHERRY, Superintendent; Mark R. Warner, Governor of Virginia, Defendants—Appellees.

No. 04–7353.

United States Court of Appeals, Fourth Circuit.

Submitted June 3, 2005.

Decided June 27, 2005.

---

* We note that the district court did not have the benefit of our decision in *Anderson* when it issued its order.

Wayne Douglas Butts, Appellant Pro Se.

Before WILKINSON, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm. *See Slade v. Hampton Roads Regional Jail,* 407 F.3d 243 (4th Cir.2005); *Waters v. Bass,* 304 F.Supp.2d 802 (E.D.Va.2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to forward the complete record on appeal to the United States Supreme Court is denied.

*AFFIRMED*